USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First Circuit
No. 98-1048 UNITED STATES, Appellee, v. JUAN BENITEZ, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] Before Stahl, Circuit Judge, Campbell, Senior Circuit Judge, and Lynch, Circuit Judge. Juan Benitez on brief pro se. Donald K. Stern, United States Attorney, and Robert Peabody,
Assistant U.S. Attorney, on brief for appellee.
May 21, 1999 Per Curiam. After carefully reviewing the briefs and record on appeal, we affirm the judgment below. The district court's determination that the appellant was accountable for sufficient quantities of cocaine to support the sentence was not clearly erroneous. United States v. Jimenez Martinez, 83 F.3d 488, 492 (1st Cir. 1996). The court engaged in an individualized inquiry into the appellant's involvement with the cocaine at issue. United States v. Innamorati, 996 F.2d 456, 488-489 (1st Cir. 1993). Appellant's remaining argument was not raised below and will not be considered for the first time on appeal. United States v. Dietz, 950 F.2d 50, 55 (1st Cir. 1991). Affirmed. Loc. R. 27.1.